**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **CRIMINAL NO.   4:26-cr-133** |
| | § | |
| **SANTOS GUERRERO,** | § | |
| **Defendant.** | § | |
| | § | |

## SENTENCING DATA SHEET

**DEFENDANT'S IMMIGRATION STATUS:**   U.S. Citizen

**GUILTY PLEA:**   Count One: Bald and Golden Eagle Protection Act, 16 U.S.C. § 668(a),

**SUBSTANCE OF PLEA AGREEMENT:**   Pursuant to Rule 11(c)(1)(A), the Defendant agrees to plead guilty to Count One of the Information.   The Government will not oppose the Defendant's request for full acceptance of responsibility.   The Defendant waives his right to appeal and collaterally attack his conviction.   The U.S. Attorney's Office for the Southern District of Texas will also not bring further charges related to the specific conduct described in the information.

**COUNT ONE:**   Bald and Golden Eagle Protection Act. 16 U.S.C. § 668(a).

**ELEMENTS:**
1. The defendant possessed, took, or transported a bald eagle.
2. The defendant was not permitted to do so; and
3. The defendant did so knowingly or with wanton disregard for the consequences of the act.

**PENALTY:**   Term of imprisonment not to exceed 1 year; term of supervised release up to 1 year; fine not to exceed $100,000; and $25 special assessment.

**RESTITUTION:**   Not applicable

**FORFEITURE:**   Firearm, ammunition seized and eagle

**ALTERNATIVE FINE BASED ON GAIN OR LOSS:**   Not applicable

**SENTENCING GUIDELINES:**   Advisory

SPECIAL
ASSESSMENT:                $25 Count One

ATTACHMENTS:               Plea Agreement and Factual Basis