**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **VS.** | § | **CASE NO. 4:26-CR-133** |
| | § | |
| **SANTOS GUERRERO** | § | |

**DEFENDANT'S SUBMISSION OF MITIGATION MATERIAL AND DEFENDANT'S STATEMENT**

TO THE HONORABLE JUDGE BRAY:

The Defense now comes and files this Submission of Mitigation Material and Defendant's Statement for the Court's consideration.

I.

Enclosed in this filing are copies of character reference letters for the Defendant (attached as "Exhibit A" (including a letter from his wife), a Statement from the Defendant (attached as Exhibit B") and a family photo (attached as "Exhibit C") for the Court's consideration as part of scheduling sentencing in this cause.

Respectfully submitted,

***/s/Luis Baez***
**LUIS BAEZ**
State Bar No. 24086192
310 Main St. Suite 201
Houston, Texas 77002
Phone: (713) 304-9166
luis@thebaezfirm.com

## CERTIFICATE OF SERVICE

I, the undersigned attorney, hereby certify that a true and correct copy of the above foregoing document was emailed to counsel for the Government and all other counsel of record in this case via the ECF system upon the filing of same on the date it was filed, June 14, 2026.

*/s/Luis Baez*
Luis Baez

# Ex. A: Reference Letters

Yara Rebollar-Guerrero
20478 Canterbury Rd. Porter Tx 77365
Ph#713-474-7974

United State Magistrate Judge Peter Bray
515 Rusk Avenue
Room 7720
Houston, Texas 77002

To Judge Bray,

I am writing this letter to provide a character reference for my husband, Santos Guerrero, who is currently facing a charge for the unlawful taking of a bald eagle. My name is Yara Rebollar, and I have been married to Santos Guerrero for 20 years. Throughout our marriage, I have come to know him as a loving, dedicated, and kind-hearted individual, and I believe these charges do not define the person he truly is.

Santos has always been a devoted husband and father to our four children. He is deeply committed to our family and works tirelessly to provide for us; he has never wavered in his desire to improve his life and do what is best for our family and for our community in church and all around him.

One of Santos' best qualities is his genuine desire to help others, whether it's supporting friends, neighbors, or coworkers, he has consistently shown compassion and generosity. I have seen him offer assistance to those in need, even during times when he was struggling himself. These acts of kindness are a testament to his strong moral character and his potential to be a positive force in our community.

I understand the seriousness of the charges against my husband, but I respectfully ask that you consider this letter as you make your decision. I am committed to standing by his side and to give him all the support he needs. I truly believe that this is a big mistake he made, but knowing him for so long I truly know that it was not his intention to be involved in this crime because he truly loves being around animals and caring for them.

Thank you for taking the time to read this letter and for considering my perspective. Please feel free to contact me if you have any questions or require further information. I am more than willing to discuss my husband's character and the steps we are taking as a family.

Sincerely,
Yara Rebollar

July 20, 2026

Dear Honorable Judge:

I am writing this letter in support of Mr. Santos.

I have had the privilege of knowing Santos for many years, and during that time I have come to know him as an honest, hardworking, compassionate, and respectful man. He is devoted to his family, treats others with kindness, and has always tried to live with integrity. He is someone who takes responsibility for his actions and genuinely cares about the people around him.

The incident involving the protected eagle was a tragic and unfortunate accident. Based on my knowledge of Santos and his character, I do not believe he intentionally harmed the animal or acted with malicious intent. He has expressed sincere remorse for what happened and understands the seriousness of the situation.

This incident is completely out of character. Throughout the years, Santos has demonstrated responsibility, respect for others, and a willingness to help those in need. He has been a positive influence on his family and community, and I believe this isolated event does not reflect the person he truly is.

I respectfully ask the Court to consider Mr. Santos's good character, his sincere remorse, and the unintentional nature of this incident when determining an appropriate outcome.

Thank you for your time, consideration, and service.

Respectfully,

Jasmine Rivera

Jasmine Rivera

Jacob Rodriguez
13906 Hillingdale Ln.
Houston, TX 77070

July 18, 2026

Dear Judge,

I am writing in support of Santos Guerrero, whom I have had the privilege of knowing since I was 13 years old. Coming from a large family of eleven, I understand the importance of considering a person's character alongside the circumstances of a case. I recognize that the Court must carefully evaluate all of the facts before it, and I offer this letter solely to share my firsthand knowledge of Santos's character and the man I have come to know.

Over the years, I have come to know Santos as a kind, respectful, and honorable man. I first met him through our church, St. Charles Borromeo, and since then I have consistently seen him treat others with compassion, dignity, and generosity. He has demonstrated integrity in both his personal relationships and his daily life.

Whenever someone has needed help including my own family, Santos has been willing to give his time, support, and even financial assistance without expecting anything in return. In our own experience, he and his wife generously helped us purchase both our family vehicle and our home, opportunities that would not have been possible for us at the time without their assistance. Their kindness had a lasting impact on our family, and we remain deeply grateful.

While I recognize the seriousness of the matter before the Court, I also know that this situation does not fully define the man I have come to know. Throughout the years I have known Santos, I have found him to be a person of integrity who accepts responsibility for his actions. I believe he has the character, humility, and determination to learn from this experience and continue to be a devoted husband, father, and contributing member of his community.

I have witnessed his genuine care and concern for those around him, his strong work ethic in providing for his family, and his consistent desire to do what is right. These are not isolated acts but qualities I have observed repeatedly throughout our many years of friendship.

I respectfully ask the Court to consider the whole person when determining an appropriate sentence. I hope my perspective provides a fuller picture of Santos's character and the positive influence he has had on the lives of those who know him.

Thank you for your time and thoughtful consideration.

Respectfully,

Jacob Rodriguez

07/19/2026

To whom it may concern,

My name is Emmanuel Loredo, and I write this letter as a testament to Santos Guerrero's character. Santos and I have been members of the same church community at St. Charles Borromeo Catholic Church for over 10 years where we've gotten to share countless experiences in our faith and in our personal lives. I am witness to Santos' character as a man of faith, charity, and family.

As brothers-in-Christ, we've met hundreds of times throughout the years at church to study and listen to the word of God and to share how God has made himself present in our lives. Santos always speaks about how God and the church have given meaning to his difficult upbringing, rebuilt his marriage, and have given him a new way to live his life as a husband and as a father. I see him and his family weekly at church so I know that Santos prioritizes his faith and his family's faith.

When one of our dear friends in church was in a bad car accident, Santos was one of the first ones to show up and advocate for him at the hospital due to the emergency situation. Santos was there throughout our friend's time in the hospital, advocating for him in his time of need. Santos also gave his time and his money to help our friend's family manage their household during this difficult situation.

Santos is also very charitable at church. He volunteers to help lead one of the kitchen stations at our church's spring and fall festivals to help raise funds for the church. Santos often offers to host our monthly worship gatherings at his house where we pray and eat together as brothers- and sisters-in-Christ.

I have no doubt that Santos is of sound and moral character. His involvement at Church and his willingness to help others in their time of need is testament to the great work that God has done in him. While we all make mistakes and have our struggles, I have no doubt that Santos is a charitable and faithful man.

Sincerely,

Emmanuel Loredo

**Jose Rene Franco Jr.**
**35 Rd. 66121 Dayton, Texas 77535**
**832-893-7700**
JR@HLsvcs.com

**7/22/2026**

**Subject: Character Reference for Santos Guerrero**

To Whom It May Concern,

I am writing this letter to formally attest to the exceptional character and outstanding social standing of **Santos Guerrero**, of which I've known closely for the past **5 +/- years** as both a trusted friend and an active participant in our community. Over nearly half a decade, I have observed firsthand his unwavering commitment to helping others, uplifting our neighborhood, and operating with the highest level of moral integrity.

Throughout our 5+/- year association, **Santos Guerrero** has consistently proven to be a pillar of reliability and positive influence. His actions are consistently driven by a genuine desire to contribute to the greater good, earning deep respect from peers and neighbors alike.

In society today, finding individuals who genuinely prioritize civic duty, honesty, and empathy can be rare. **Santos Guerrero** embodies these traits entirely. He handles every personal and public interaction with dignity, fairness, and a collaborative spirit. His presence actively strengthens the social fabric of our community.

I hold **Santos Guerrero** in the highest regard, and I am confident that he will continue to be an exemplary citizen and a profound asset to any environment. Please feel free to contact me if you require further elaboration on this statement.

SMIB/Best Regards,

**Jose Rene Franco Jr.**
Sr. Consultant / H&L Consulting Group LLC.

July 22, 2026

To Whom It May Concern,

My name is Karen Polan, and I am a retired teacher. It is my privilege to write this character reference on behalf of Santos.

Over the years, I have come to know Santos as a man of exceptional character and integrity. He is one of the most dependable people I have ever known. Whenever someone is in need, he is among the first to offer his time, effort, and support without expecting anything in return. His willingness to help others speaks volumes about the kind of person he is.

Santos has consistently demonstrated honesty, responsibility, and compassion in every interaction I have witnessed. He is respectful, hardworking, and treats everyone with kindness and dignity. These are qualities that cannot be taught—they come from strong character and genuine concern for others.

As someone who spent many years as an educator, I learned to recognize people who lead by example. Santos is one of those individuals. He has earned my complete trust, and I can honestly say that I would trust him without hesitation in any situation. His word is dependable, and his actions consistently reflect his values.

I offer this letter with my highest recommendation and full confidence in Santos's character. I believe he will continue to be a positive influence wherever he goes and in whatever responsibilities he undertakes.

Thank you for your time and consideration.

Sincerely,

Karen Polan

Retired Teacher

**Eriacel Jaimes**

July 20, 2026

**Re: Character Reference for Santos**

Dear Your Honor,

My name is **Eriacel Jaimes**, and I am writing this letter on behalf of my uncle, **Santos**. I have known him my entire life, and I respectfully ask that you consider the man I have known for many years as you make your decision.

When I was in high school, my uncle opened his home to me and my younger brother for nearly six months. During that time, he never treated us as guests—he treated us as his own children. He made sure we always had food on the table, included us in family outings, and gave us a safe and loving home when we needed it most. His generosity and willingness to help family without hesitation left a lasting impression on me.

As a somewhat rebellious teenager, I benefited greatly from his patience and guidance. Rather than criticize me, he introduced me to his parish, where I witnessed firsthand how respected and well-loved he is by his church community. He has always been a man of few words, but through his actions he taught me one lesson that has stayed with me throughout my life: family always comes first.

I also had the opportunity to see his work ethic every day. Working long hours in construction is demanding, yet he always found time to be present for his family and his four children. He never allowed the responsibilities of providing for his family to keep him from being an involved father, husband, uncle, and role model.

Even after I moved out, he remained the first person I called whenever I needed help. One memory that has always stayed with me occurred when my vehicle broke down at two o'clock in the morning during my first job. I called him, and without hesitation, he came to help me. He arrived with his trailer, helped push my vehicle onto it, and made sure I was safe. There were no questions, no complaints—just someone who cared enough to show up when I needed him.

I understand the seriousness of the charge before the Court involving the shooting of a bald eagle, and I do not intend to minimize that matter. I simply hope the Court will also consider the character of the man I have known my entire life. To me, Santos has always been compassionate, hardworking, selfless, and deeply devoted to his family and community. His actions over many years have consistently reflected those values.

Thank you for taking the time to read my letter and for considering my perspective. I respectfully ask that

you take into account the positive impact Santos has had on my life and the lives of so many others as you determine an appropriate outcome.

Respectfully,

**Eriacel Jaimes**

Santos Guerrero

From: Maria Williams (maria@texcomrealty.com)

To: yaratweety11@yahoo.com

Date: Saturday, June 27, 2026 at 05:42 PM UTC

To Whom It May Concern,

We have known Santos Guerrero and his family for the past 15 years. Since we have known him, he has always been a devoted family man, a man of faith, and a hardworking individual. We have never known him to be involved in any illegal activities or any kind of trouble.

We were very surprised to hear about the incident involving the bald eagle because, to the best of our knowledge, he has never been involved in any act of animal cruelty or any similar incident.

Santos has raised his family with Christian values and has taught them to respect one another and others. Throughout the years we have known him, he has consistently been an extremely hardworking individual with a strong commitment to providing for his family.

Therefore, we have no hesitation in writing this letter as a sincere assessment of Santos Guerrero's character. We hope it will help establish his good character and accurately reflect the person we have known for many years.

Sincerely,
Robert & Maria Williams

# Character Reference Letter

**To Whom It May Concern:**

I am writing this letter in support of Santos and to offer my strongest recommendation regarding his character.

I have had the opportunity to know Santos and have consistently found him to be a hardworking, dependable, and respectful individual. He conducts himself with honesty and integrity and takes pride in fulfilling his responsibilities. He is someone who can be counted on to follow through on his commitments and treat others with professionalism and respect.

Santos has demonstrated good judgment, a strong work ethic, and the ability to work well with people from all backgrounds. He remains calm under pressure, accepts responsibility for his actions, and is always willing to help those around him. These qualities have earned him the trust and respect of his coworkers and those who know him personally.

Based on my experience with Santos, I have no hesitation in recommending him. I am confident he will continue to be a positive asset wherever he works and will represent himself with honesty, dedication, and professionalism.

Please feel free to contact me if you require any additional information.

Sincerely,

Brian Haas

# Ex. B: Defendant's Statement

Santos Guerrero

20748 Canterbury Rd.

Porter, TX, 77365

To:

United State Magistrate Judge Peter Bray

515 Rusk Avenue

Room 7720

Houston, Texas 77002

Dear Judge Bray,

I write this letter with sincere remorse and humility to express my deepest apologies to the Court for my actions and to explain the circumstances that have led me here. I fully recognize that my decisions resulted in the death of a bald eagle, a protected national symbol, and I understand the seriousness of my actions. I take full responsibility for my mistake and respectfully ask the Court to consider my character, my history, and the life I have lived before this incident.

The events of that day continue to weigh heavily on me. I was at a distance from my animals when I noticed what I believed to be a large bird threatening them. My intention was to scare it away and to protect the animals that I care for, not to kill it. I have always loved and cared for animals, and throughout my life I have taken pride in looking after them. It was only after the bird fell to the ground that I realized it was a bald eagle. The moment I recognized what had happened, I was devastated. My first instinct was to help it because I immediately understood the magnitude of my mistake.

I also made another poor decision afterward by not being truthful with the game warden. I believed I could care for the eagle myself and release it once it recovered. Looking back, I understand that this was the wrong decision. I should have immediately reported the incident and cooperated fully. I regret that choice just as much as I regret my original mistake.

I respectfully ask the Court to consider who I have been throughout my life. In 2001, I began workin in the construction industry as a subcontractor, and since 2008 I have owned and operated my own construction and remodeling business. Over the years, I have been blessed with the opportunity to help families build, renovate, and improve their homes. Through honest work, I have built a small business that provides for my family while also providing employment for a small team of dedicated workers. I have always believed in working hard, treating people fairly, and contributing positively to my community.

My greatest accomplishment, however, is my family. I am the father of four children, my daughter, who is sixteen years old, and my three sons, ages fourteen, eleven, and ten. Every decision I make affects them, and I have always tried to lead by example by teaching them the importance of honesty, hard work, respect, and faith. Knowing that I failed to live up to the example I expect of myself has been one of the most painful parts of this experience. I am deeply ashamed that my children have had to see me go through this, and I hope they also see that accepting responsibility and learning from our mistakes is just as important as trying to avoid them.

This incident has changed me in ways I never expected. I have never before found myself on the wrong side of the law, and the emotional weight of this case has been overwhelming. I have blamed myself every day for what happened. The stress, anxiety, and remorse eventually took a significant toll on my health. On May 26, I suffered a stroke and spent a week in the hospital. More recently, doctors implanted a heart irrmonitor to continue evaluating my condition. I remain under medical treatment and am working diligently to improve my health. While I understand these health issues do not excuse my conduct, they reflect the profound emotional impact this experience has had on me.

Through all of this, my Catholic faith has become an even greater source of strength and guidance. I have always tried to serve my congregation through volunteer work and by living according to Christian values. This experience has caused me to reflect deeply on my actions, my responsibilities, and the kind of person I want to continue being. It has strengthened my commitment to living with greater wisdom, humility, and respect for the responsibilities that come with every decision I make.

Your Honor, I know that one mistake does not erase a lifetime of hard work, but I also understand that one mistake can have serious consequences. I am not asking the Court to overlook what I did. Instead, I respectfully ask that you consider my entire life, my contributions to my family and community, my genuine remorse, and my commitment to ensuring that nothing like this ever happens again. I have learned a painful lesson that I will carry with me for the rest of my life.

Thank you for taking the time to read my letter and for considering my request. I sincerely appreciate the Court's time, patience, and thoughtful consideration.

Respectfully,

Santos Guerrero

# Ex. C: Family Photo


August
Calendar Calendario